# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| LUMINENCE, LLC | Case No.: 19cv173-LAB (NLS) |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JUDITH SOFER, et al. | |
| Defendants. | |

Plaintiff has filed a notice of dismissal without prejudice. No Defendant has answered or filed a motion for summary judgment, or appeared in any other way. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: February 24, 2020

_Larry A. Burns_
Honorable Larry Alan Burns
Chief United States District Judge